# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.    WARRANT FOR ARREST

NASER JASON ABDO

CASE NUMBER: W11-167M

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____NASER JASON ABDO_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with (brief description of offense), **possessing a firearm, as defined by Title 26, United States Code, Section 5845(a) and (f), namely: a destructive device, which firearm was not registered to him in the National Firearms Registration and Transfer Record**,

in violation of Title ___26___ United States Code, Section(s) ___5861(d) and 5871___

JEFFREY C. MANSKE    U. S. Magistrate Judge
Name of Issuing Officer    Title of Issuing Officer

_Jeffrey C. Manske_ (signature)    July 28, 2011    Waco, TX
Signature of Issuing Officer    Date and Location

Bail fixed at $ __detained__    by Jeffrey C. Manske, U. S. Magistrate Judge
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __KILLEEN, TEXAS__

| DATE RECEIVED 07/28/2011 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07/29/2011 | JAMES E. RUNKEL SPECIAL AGENT, FBI | James E. Runkel |

*Filed stamps: FILED AUG 01 2011 CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS, DEPUTY CLERK; UNITED STATES MARSHALS SERVICE, WESTERN DISTRICT OF TEXAS, WACO TEXAS, 2011 JUL 29 AM 9:50*