UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
AUG 04 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | NO: WA:11-M-00167(1) |
| (1) NASER JASON ABDO | § | |

PROCEEDINGS: PRELIMINARY HEARING

### WITNESSES SWORN

| Government(s) | | Defendant(s) | |
|---|---|---|---|
| 1. | Michael Brogan | 1. | James E. Runkel |
| 2. | | 2. | Steven Hauck |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |