**FILED**

AUG 09 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W11CR182** |
| | * | |
| Plaintiff, | * | INDICTMENT |
| | * | |
| V. | * | [VIO: COUNT ONE: 26 U.S.C. 5861(d) & |
| | * | 5871 – Possession of an Unregistered Firearm; |
| NASER JASON ABDO, | * | COUNT TWO and COUNT THREE: 18 |
| | * | U.S.C. 922(g)(2) & 924(a)(2) – Possession of |
| Defendant | * | a Firearm by a Fugitive from Justice] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [26 U.S.C. 5861(d) and 5871]

On or about July 27, 2011, in the Western District of Texas, Defendant,

**NASER JASON ABDO,**

knowingly and unlawfully did possess a firearm as defined by Title 26, United States Code, Sections 5845(a) and (f), namely: a destructive device, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d) and 5871.

### COUNT TWO
### [18 U.S.C. 922(g)(2) & 924(a)(2)]

On or about July 27, 2011, in the Western District of Texas, Defendant,

**NASER JASON ABDO,**

then being a fugitive from justice, did unlawfully and knowingly possess the following firearm, to-wit:

    A "Springfield Armory" HS Products (IM Metal), Model XD40 (sub-compact), .40 caliber semi-automatic pistol, bearing Serial Number US255990;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

## COUNT THREE
### [18 U.S.C. 922(g)(2) & 924(a)(2)]

On or about July 27, 2011, in the Western District of Texas, Defendant,

**NASER JASON ABDO,**

then being a fugitive from justice, did unlawfully and knowingly possess the following ammunition, to-wit:

Winchester Supreme 20 gauge shot shells,

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney

By: MARK L. FRAZIER
    Assistant United States Attorney

2

SEALED \_\_\_\_\_
UNSEALED  X

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: 08-09-2011     MAG CT. # W11-167M     CASE NO. **W11CR182**
COUNTY: BELL

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY     MARK L. FRAZIER

DEFENDANT: NASER JASON ABDO     DOB: ███████

CITIZENSHIP:     United States  X     Mexican \_\_\_\_\_     Other \_\_\_\_\_
INTERPRETER NEEDED:  Yes \_\_\_\_\_     No  X     Language \_\_\_\_\_

DEFENSE ATTORNEY:  Donald Keith Dorsett

DEFENDANT IS:   In Jail  YES     WHERE:  McLennan County Jail
                On Bond \_\_\_\_\_

PROSECUTION BY:     INFORMATION \_\_\_\_\_     INDICTMENT  X

OFFENSE: (Code & Description)  COUNT ONE: 26 U.S.C.5861(d) & 5871 – Possession of an Unregistered Firearm; COUNT TWO and COUNT THREE: 18 U.S.C. 922(g)(2) & 924(a)(2) – Possession of a Firearm by a Fugitive From Justice

OFFENSE IS:     FELONY  X     MISDEMEANOR \_\_\_\_\_

MAXIMUM SENTENCE: Not more than 10 years; $250,000 fine; $100 special assessment; not more than 3 years TSR, as to each count

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR

REMARKS: ███████