IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CRIMINAL NO. W-11-CR-182 |
| NASER JASON ABDO | * | |
| Defendant. | * | |

## GOVERNMENT'S EXHIBIT LIST

1A.   Photograph in Surplus City

1B.   Photograph in Surplus City

1C.   Photograph in Surplus City

1D.   Photograph in Surplus City

1E.   Photograph in Surplus City

2.   DashCam 1, DashCam 2, DashCam 3, and DashCam 4

2A.   Transcript

3.   NCIC Document

4.   Campbell Military Police Document

5.   Photograph of Miranda Card

6.   Entire Hotel Surveillance Video (11 minutes)

7.   First signed Miranda – July 27, 2011

8.   Second signed Miranda – July 28, 2011

9.   JailMom 1, JailMom 2, JailMom 3 and JailMom 4

9A.   Transcript

10. Orion 21 unclassified pages 1-3 (William Borromeo)

11. Orion 5 unclassified 1 page 9 (Jonathan Mullen)

12. Search and Arrest Warrant

13. Demonstrative of everything in Sanction (except 4, 9, 9A, 10 and 11)