UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | WA:11-CR-00182(1)-WSS |
| | § | Motion Hearing held 4/20/12 |
| (1) NASER JASON ABDO | § | |

# LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
| --- | --- |
| 1. Richard Eric Bradley | 1. Patrick James Boone |
| 2. Willie Wingfield | 2. Ryan James Perez |
| 3. Charles M. Owens | 3. Jonathan Mullen |
| 4. Phillip Gadd (rebuttal) | 4. William Borromeo |
| 5. | 5. Maj. Joseph Marcee |
| 6. | 6. John Bowman |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |