# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:11-CR-00182(1)-WSS |
| | § | Motion Hearing held 4/20/12 |
| (1) NASER JASON ABDO | § | |

## COURT'S EXHIBIT, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1. | Orion Information Package IP# SA-A000077 | 4/20/12 |