UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | WA:11-CR-00182(1)-WSS |
| | § | Motion Hearing held 4/20/12 |
| (1) NASER JASON ABDO | § | |

# DEFENDANT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1. | Video surveillance DVD-R | 4/20/12 |
| 3. | Orion Information Package IP# SA-A000004 | 4/20/12 |
| 4. | Orion Information Package IP# SA-A000011 | 4/20/12 |
| 5. | Detail and Release of Military Defense Counsel | 4/20/12 |