FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

MAY 24 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CRIMINAL NO. W-11-CR-182 |
| NASER JASON ABDO | * | |
| Defendant. | * | |

## GOVERNMENT'S EXHIBIT LIST

1. Advice of Rights - 7/27/11
2. Advice of Rights - 7/28/11
3. Naser Jason Abdo's Orders
4. One pair yellow leather gloves
5. One pair coated knit gloves
6. Shovel
7. Green body bag carrier
8. Brown neck gaiter
9. One grey hood
10. USB cable
11. Black pouch with black material bed skirts
12. Black pouch with black material bed skirts
13. Green body bag
14. Two black masks
15. Photographs at scene - Dumpster: (16) Pictures 15A through 15P

16. Two black plastic trash bags

17. ~~Two~~ *One* containers of bleach

18. ~~Two~~ *One* containers of bleach

19. Blue Sanyo camera

20. Passport

21. SSN card

22. Marriage certificate

23. Birth certificate

24. Power of Attorney

25. Transcript from Dallas County Community College: one page

26. State Department Certification of School Records: four pages

27. Vehicle pass, Fort Campbell: one page

28. Operator's permit copy: one page

29. Enlistment documents: three pages

30. Combatives Training Certification: one page

31. Air Assault Certification: two pages

32. Ownership and insurance information: seven pages

33. Receipt for handcuffs

34. Three handcuff boxes

35. One Jolt electric stock prod with tag

36. Bushnell binocular covers, front and back

37. One set car keys, three keys and one keyfob

38. United States Army hat, Abdo name tag

| | |
|---|---|
| 39. | Garbage bag roll |
| 40. | Eight zip ties |
| 41. | Roll of electrical tape |
| 42. | Picture of items in car: (16) Photographs 42A through 42N |
| 43. | Bill of Sale for .40 caliber Springfield pistol |
| 44. | WalMart receipt July 26, 2011 12:25 A.M. |
| 45. | Surveillance video excerpts WalMart |
| 46. | Hotel receipts and copy of Pluto drivers license, three pages |
| 47. | Hotel surveillance video excerpts: arrival, room change, detention, EOD |
| 48. | Guns Galore stills (five stills) |
| 49. | Guns Galore video |
| 50. | Guns Galore receipts, actual |
| 51. | Guns Galore receipt, annotated by Cheadle |
| 52. | Surplus City video clips |
| 53. | Lowe's stills – Three stills 53A, 53B and 53C |
| 54. | Lowe's receipt |
| 55. | KPD Dashcam clip |
| 55A. | KPD Dashcam clip, transcript |
| 56. | Black backpack |
| 57. | Wall clock |
| 58. | Wall clock |
| 59. | Two 9v batteries |
| 60. | One spool 16 gauge wire blk |
| 61. | One spool 16 gauge wire blk |

62. List of items including "red/black/green wire"

63. Internet article: "How to shoot handgun accurately" July 7, 2011

64. Internet article: "Shooting technique and practice" July 7, 2011

65. Internet blog: "Please help me, new XD-40 jamming a lot" July 7, 2011

66. Internet article: "Basic firearms course, sections 5 and 6" July 7, 2011

67. Internet article: Inspire Magazine/"How to build a bomb in the kitchen of your mom"

68. Composition book with writings

69. Atlas with writings

70. Loaded .40 caliber Springfield XD magazine with seven rounds in bag

71. Two boxes Winchester shotgun ammunition, six individual bags of cut shotgun shells, gunpowder and pellets

72. Acer Notebook computer with box battery charger and documents

73. Springfield Armory XD-40 handgun in box, .40 caliber

74. Tennessee ID card for Asher Pluto

75. Pictures of items from backpack: (7) Photographs 75A through 75G

76. Tracfone box, packaging and adapter

77. WalMart receipt, July 26, 2011 – 12:13 A.M.

78. Handwritten list – includes: "sugar, powder, gorilla…"

79. Tracfone calling card and International calling card

80. Clothing tag (WalMart)

81. Electrical tape, empty packaging (WalMart)

82. White floppy hat

83. Two clothing tags (WalMart)

84. Photographs from Room 248: (10) Photographs 84A through 84J

85. Black & Decker electrical drill
86. Black & Decker electrical drill cardboard box
87. Skil drill bit set
88. Wall clock
89. Wall clock
90. Bottle of smokeless powder – IMR4198
91. Bottle of smokeless powder – HS-6
92. Bottle of smokeless powder – H414
93. Bottle of smokeless powder – LIL'GUN
94. Bottle of smokeless powder – H4350
95. Bottle of smokeless powder – HS-7
96. WalMart receipt July 25, 2011, 9:56 P.M.
97. Leatherman utility knife and blades from utility knife
98. One Kodak Playsport video camera
99. Packaging and wiring for Kodak camera
100. Five cut shotgun shells and box
101. Springfield magazine with four rounds ammunition
102. Springfield magazine with ten rounds ammunition
103. Springfield magazine with no ammunition
104. Gorilla tape
105. Two 9v batteries with packaging and 3AA batteries
106. Two-inch paint brush
107. One roll black electrical tape

108. Assorted zip ties

109. Screwdrivers and allen wrench, 6 piece set

110. Pressure cooker regulator

111. Two spools 18 gauge wire -- one red, one black

112. One box Domino sugar

113. One bag Domino sugar

114. Two boxes .40 cal ammunition

115. One bag loose ammunition, .40 caliber

116. One XD magazine package – empty

117. Four razorblades in packaging

118. Five shotgun shells -- two uncut, three cut open

119. Shotgun pellets and powder in plastic cup

120. Contents of pressure cooker - shotgun pellets and powder

121. Army ACU uniform with "Smith" nametag, boots, two belts (tan & black), hat with "Smith" nametag

122. One medical assistant uniform and lanyard

123. Three identification cards for Naser Jason Abdo; one for Rania Raed Anani

124. One 16 quart pressure cooker bottom

125. One 16 quart pressure cooker lid

126. One pressure cooker bottom

127. One pressure cooker lid

128. One pressure cooker regulator

129. One 16 quart pressure cooker box

130. One instruction manual for pressure cooker (smaller, not 16 quart)

131. Zap Double Trouble Stun Gun

132. Bushnell binoculars

133. Tracfone chargers, manuals and accessories

134. Christmas lights with one light removed from strand

135. One University of Texas Longhorn T-shirt

136. Page ripped from phone book, "Guns and Gunsmiths- Guns Galore"

137. Melted razor and metal lid, plastic and pressure cooker booklets

138. Contact cement

139. Two Bic cigarette lighters

140. Bedskirt

141. Head lamp

142. Two hotel room keys - Room 230 and Room 248

143. One VISA checkcard "Naser Abdo"

144. Two Lowes boxes

145. Clothing Defendant wearing when arrested, July 27, 2011 (Shorts and undergarments)

146. Clothing Defendant wearing when arrested, July 27, 2011 (Hat, watch, sunglasses)

147. Photograph of items inside of Room 230: (45) Photographs 147-1 through 147-45

148. Four spent .40 caliber casings and bullets

149. CD of telephone call to Carly Gordon

149A. Transcript of the telephone call to Carly Gordon

150. CD of the video and audio of Clarisa Morland visit with Abdo

150A. Transcript of the video and audio of Clarisa Morland visit with Abdo

151. Video and audio of test burns and two angles of test of device

152. Video of high speed camera test fire of device

153. Two Photographs Naser Jason Abdo: 153A and 153B

154. Photograph of Outside of Guns Galore

155. Photograph of Outside of Surplus City

156. Photograph of Outside of China Buffet